BAYERDOERFER, Respondent, v. WEIL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Frank Bayerdoerfer against Leopold

A. Weil and Mertil Luikert, as trustees, and Rosalie L. Hill. No opinion. Order affirmed, with $10 costs and disbursements.